UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 21-CV-20017-PCH

MARIE KAISLEY,

    Plaintiff,

v.

WHOLE FOODS MARKET GROUP, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL

The matter before the Court is the parties' Joint Stipulation for Dismissal [ECF No. 16]. The parties stipulate to dismiss this case with prejudice, and each party agreed to bear her or its own attorneys' fees and costs. Accordingly, it is

**ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on May 26, 2021.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record